UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY MELANCON | CIVIL ACTION |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | NO.: 13-00021-BAJ-SCR |

### RULING AND ORDER

On December 18, 2014, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court affirm the Commissioner of Social Security's decision redetermining that Plaintiff Nancy Melancon ("Melancon") is not entitled to disability benefits and/or supplemental security income, and dismissing Melancon's appeal. **(Doc. 18.)**

The Magistrate Judge's Report and Recommendation specifically notified Melancon that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she was served with the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. **(Doc. 18**, p. 1.) A review of the record indicates that Melancon failed to submit written objections.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 18)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Commissioner of Social Security's decision redetermining that Plaintiff Nancy Melancon is not entitled to disability benefits and/or supplemental security income is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 28th day of January, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA